Case 16-2026-CA-000860-AXXX-MA

| Department | Circuit Civil | Division | CV-E |
|---|---|---|---|
| Case Status | OPEN | File Date | 2/4/2026 4:36:35 PM |
| Judge Name | Anderson Jr, Bruce R | Officer | |
| Private Attorney | Harris, Darryl Bernard | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| MODE TRANSPORTATION LLC | PLAINTIFF / | 450 S ORANGE AVE SUITE 650 ORLANDO, FL32801 |
| JILLAMY INC | DEFENDANT / | 160 NEW BRITAIN BLVD CHALFONT, PA18914 |
| JILLAMY FULFILLMENT SERVICES LLC | DEFENDANT / | 160 NEW BRITAIN BLVD CHALFONT, PA18914 |
| JILLAMY PACKAGING & WAREHOUSE INC | DEFENDANT / | 160 NEW BRITAIN BLVD CHALFONT, PA18914 |
| JILLAMY TRANSPORTATION INC | DEFENDANT / | 160 NEW BRITAIN BLVD CHALFONT, PA18914 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Harris, Darryl Bernard Private Attorney (1058987) | 450 S Orange Ave Orlando, FL32801-3383 | MODE TRANSPORTATION LLC (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 02/06/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 02/06/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 02/06/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 02/06/2026 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |
| 02/06/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 2/4/2026 2/6/2026 | CONTRACT AND INDEBTEDNESS | | |
| 2 D2 | -- | 2/4/2026 2/6/2026 | COVER SHEET | 3 | Available VOR, Ready to view |
| 3 D3 | -- | 2/4/2026 2/6/2026 | SUMMONS ISSUED JILLAMY FULFILLMENT SERVICES LLC (DEFENDANT) | 2 | Available VOR, Ready to view |
| 4 D4 | -- | 2/4/2026 2/6/2026 | SUMMONS ISSUED JILLAMY INC (DEFENDANT) | 2 | Available VOR, Ready to view |
| 5 D5 | -- | 2/4/2026 2/6/2026 | SUMMONS ISSUED JILLAMY PACKAGING & WAREHOUSE INC (DEFENDANT) | 2 | Available |

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| | | | | | VOR, Ready to view |
| 6 D6 | -- | 2/4/2026 2/6/2026 | SUMMONS ISSUED JILLAMY TRANSPORTATION INC (DEFENDANT) | 2 | Available VOR, Ready to view |
| 7 D7 | -- | 2/4/2026 2/6/2026 | COMPLAINT | 18 | Available VOR, Ready to view |
| 8 D8 | -- | 2/6/2026 2/6/2026 | CASE FEES PAID: $441.00 ON RECEIPT NUMBER 5062257 | 1 | Available Public access |
| 9 D9 | -- | 2/6/2026 2/6/2026 | STANDING ORDER ON EXPERT WITNESS AND DEPOSITION FEES FOR DIVISION CV-E | 2 | Available VOR, Ready to view |
| 10 D10 | -- | 2/6/2026 2/6/2026 | STANDING ORDER ON POLICIES AND PROCEDURES | 1 | Available VOR, Ready to view |
| 11 D11 | -- | 2/9/2026 2/12/2026 | SUMMONS RETURNED INDICATING SERVICE ON JILLAMY FULFILLMENT SERVICES LLC @150PM ON 02/06/2026 | 5 | Available Public access |
| 12 D12 | -- | 2/9/2026 2/12/2026 | SUMMONS RETURNED INDICATING SERVICE ON JILLAMY INC @616PM ON 02/06/2026 BY CHRIS HEISERMAN | 5 | Available Public access |
| 13 D13 | -- | 2/9/2026 2/12/2026 | SUMMONS RETURNED INDICATING SERVICE ON JILLAMY PACKAGE & WAREHOUSE INC @617PM ON 02/06/2026 BY CHRIS HEISERMAN | 5 | Available Public access |
| 14 D14 | -- | 2/10/2026 2/12/2026 | SUMMONS RETURNED INDICATING SERVICE ON JILLAMY TRANSPORTATION INC ON 02/07/2026 | 5 | Available Public access |
| 15 D15 | -- | 2/17/2026 2/18/2026 | CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MGMT DEADLINES - CMC: 7/9/26 9AM RM739 | 3 | Available VOR, Ready to view |
| 16 D16 | -- | 2/17/2026 2/18/2026 | ORDER CV-E | 5 | Available VOR, Ready to view |