UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MODE TRANSPORTATION LLC,

      Plaintiff,

v.                                                                                    CASE NO. 3:26-cv-422-TJC-SJH

JILLAMY, INC. et al.,

      Defendants.

_____/

## **ORDER**

With its "first appearance, each party in a civil action must file a disclosure statement using the standard form from the clerk or the court's website." Local Rule 3.03; *see also* Fed. R. Civ. P. 7.1. Plaintiff has not done so and will thus be directed to file a disclosure statement.

Defendants filed a disclosure statement, Doc. 18, but it fails to comply with the requirements of Local Rule 3.03 and Fed. R. Civ. P. 7.1. Question 7 of the Court's form requires the party to state the filer's citizenship if, as here, jurisdiction is based on 28 U.S.C. § 1332(a). Doc. 18 at 3. As instructed on the form, to comply, "[i]f the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on." *Id.* at 2. Defendants responded in part that "Defendant, Jillamy Fulfillment Services, LLC, is a Pennsylvania limited liability company, with its principal place of

business in Pennsylvania. It is owned by Messrs. Kiefer and Kuriger who are citizens of Pennsylvania." *Id.* 18 at 3. Such response does not adequately address Jillamy Fulfillment Services, LLC's *membership*, which is what matters for diversity purposes. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). In other words, "it is membership, not ownership, that is critical for determining the citizenship of an LLC." *Post v. Biomet, Inc.*, No. 3:20-cv-527-J-34JRK, 2020 WL 2766210, at *1 (M.D. Fla. May 28, 2020); *see also* Doc. 18 at 2.

Accordingly, it is **ordered**:

1. Defendants' disclosure statement, Doc. 18, is **stricken**.

2. On or before **April 22, 2026**, the parties shall each file a proper disclosure statement.

**DONE AND ORDERED** in Jacksonville, Florida, on April 8, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

2